BK 08993 PG 649

TAX MAP #: ▉▉▉▉▉          MIN: ▉▉▉▉▉
                          MERS Phone: 1-888-679-6377

## ASSIGNMENT

**FOR VALUE RECEIVED, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (MERS),** Assignor herein, its successor and assigns, hereby assigns and transfers to **ONEWEST BANK, FSB,** Assignee herein, with an address of c/o OneWest Bank, FSB (d/b/a Financial Freedom, a division of OneWest Bank, FSB), 1 Banting, Irvine, California 92618, its successors and assigns, all right, title, and interest in and unto a certain Deed of Trust, dated October 31, 2006 and executed by MOSES BLOUNT SR. AND EDNA M. BLOUNT to ROBERT E. RULOFF AND K. DWAYNE LOUK, Trustee, securing an indebtedness in the original amount of $450,000.00, and recorded at Deed Book 6823, Page 588, among the land records of the CITY OF CHESAPEAKE, VA.

Commonly known as 241 COACHMAN DRIVE, Chesapeake, VA 23325

Signed on this _____ day of ___FEB 0 6 2013___, 20____

ASSIGNOR: Mortgage Electronic Registration Systems, Inc. (MERS)

By: _____
(Seal)   Name: James Leo Greene
         Title: Assistant Secretary

STATE OF TEXAS
COUNTY OF TRAVIS  SS.
On ___FEB 0 6 2013___, before me, ___Judith L. Probst___, personally appeared ___James Leo Greene___ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

(Seal)                    _____
                          Notary Public
                          My Commission expires: 01-30-2015

PREPARED BY AND RETURN TO: SHAPIRO BROWN & ALT, LLP
236 Clearfield Avenue, Suite 215
Virginia Beach, Virginia 23462

SB&A #13-282794
INSTRUMENT #130007493
RECORDED IN THE CLERK'S OFFICE OF
CHESAPEAKE ON
MARCH 5, 2013 AT 01:08PM

FAYE W. MITCHELL, CLERK
RECORDED BY: SWM

JUDITH L. PROBST
NOTARY PUBLIC
State of Texas
Comm. Exp. 01-30-2015